# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MESIAH ABERCROMBIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-02009-ACA-JHE |
| | ) | |
| JENNIFER HEAD, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on August 3, 2018, recommending this this action be dismissed without prejudice for lack of subject matter jurisdiction. Alternatively, the magistrate judge recommended this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous and for failing to state a claim upon which relief can be granted. (Doc. 15). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for lack of subject matter jurisdiction. Alternatively, this action is due to

be dismissed without prejudice as frivolous and for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this August 30, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE