Case 2:16-cv-02009-ACA-JHE   Document 18   Filed 08/30/18   Page 1 of 2
FILED
2018 Aug-30 PM 01:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

1.

Please SEND New Case Number

my legal papers are locked in ICS OFFICE NOT IN MY possession

MR. Mesiah Abercrombie
AIS# 241476
565 Bibb Lane
BRENT, AL. 35034

Letter and Letter in-part of a Motion For Trial/evidentiary-hearing

I, Mesiah Abercrombie Hereby askes For My letter to be transferred to the Courtroom and Judge (New Judge assigned) to my civil suit; I am recently being housed in the Segregation-unit here at the Bibb County Correctional Facility and I have **ANY** of my Legal-documents in Segregation Unit **CELL**, I understand That A New Judge and Case number was issued and assigned to my case **THEREFORE** I Didn't included it. But if The Clerk Could pull up my Case Docket Number using my Social Security Number I hereby include it in the Following: ███████, My Date of Birth is ███████, my prisoner #241-476, And I hereby request For The Court to accept My Letter also as a Motion TO SET A TRIAL; A HEARING; OR AN Evidentiary hearing For I have Filed my initial Complaint with it I included ~~Evidentia~~ Evidence, I Showed a Good Cause, I Exhibited TRUE FACTS to Established That

(2).

This Court has Court has Jurisdiction to hear This Case (cause), SEE The "Body" of My initial Complaint against Ms. Jennifer Head. And I am entitled to Relief, and in open Court I request For my Right to be Heard For This court grant that request, and I hereby move This court to allow me to have my Day in court, and a Fair Trial; I refrain From This LETTER being overly wordy, and protect my defenses From being exposed to the opposing party, only before this I wish to disclose my prayers of Relief until That phase of These proceedings are Reached; I Hereby request for This Court to issue an order/or to SET an hearing on the evidente (Evidence) I've Filed before it, I hereby moves this Honorable Court under The 6Th Amendment of a Fair trial, 14Th Amendment U.S.C. to be governed by The protection of Laws and Due Process; my complaint is undisputed by The Defendant, and my Arguments must be taking as true, and A hearing must be set by This Hon. Court.

X [signature]
8/22/2018

MESSIAH ABERCROMBIE, 241476
F2 SEG. Unit, Bibb Prison